```
JS 44C/SDNY                        CIVIL COVER SHEET
REV.
10/01/2020      The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or
                other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the
                United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.
```

PLAINTIFFS                                              DEFENDANTS
Damian Francis                                          Johnson & Johnson

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)
                                                        Faegre Drinker Biddle & Reath LLP
                                                        1177 Avenue of the Americas, 41st Floor
                                                        New York, New York 10036, (212) 248-3140

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
                (DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 1441 - Notice of Removal - Product Liability

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [✓]   Judge Previously Assigned

If yes, was this case Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [x]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

                                        TORTS                                                   ACTIONS UNDER STATUTES

CONTRACT              PERSONAL INJURY              PERSONAL INJURY/                 FORFEITURE/PENALTY   BANKRUPTCY              OTHER STATUTES
                                                   [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE     [ ] 310 AIRPLANE             PHARMACEUTICAL PERSONAL          [ ] 625 DRUG RELATED [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120 MARINE        [ ] 315 AIRPLANE PRODUCT     INJURY/PRODUCT LIABILITY         SEIZURE OF PROPERTY       28 USC 158         [ ] 376 QUI TAM
[ ] 130 MILLER ACT            LIABILITY            [x] 365 PERSONAL INJURY          21 USC 881           [ ] 423 WITHDRAWAL      [ ] 400 STATE
[ ] 140 NEGOTIABLE    [ ] 320 ASSAULT, LIBEL &             PRODUCT LIABILITY        [ ] 690 OTHER             28 USC 157                 REAPPORTIONMENT
        INSTRUMENT            SLANDER              [ ] 368 ASBESTOS PERSONAL                                                     [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF   [ ] 330 FEDERAL                      INJURY PRODUCT                                                        [ ] 430 BANKS & BANKING
        OVERPAYMENT &         EMPLOYERS'                   LIABILITY                PROPERTY RIGHTS                              [ ] 450 COMMERCE
        ENFORCEMENT           LIABILITY                                                                                          [ ] 460 DEPORTATION
        OF JUDGMENT   [ ] 340 MARINE                PERSONAL PROPERTY               [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE      [ ] 345 MARINE PRODUCT                                        [ ] 830 PATENT                                       ENCED & CORRUPT
        ACT                   LIABILITY            [ ] 370 OTHER FRAUD              [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION      ORGANIZATION ACT
[ ] 152 RECOVERY OF   [ ] 350 MOTOR VEHICLE        [ ] 371 TRUTH IN LENDING         [ ] 840 TRADEMARK                                    (RICO)
        DEFAULTED     [ ] 355 MOTOR VEHICLE                                                             SOCIAL SECURITY          [ ] 480 CONSUMER CREDIT
        STUDENT LOANS         PRODUCT LIABILITY                                                                                  [ ] 485 TELEPHONE CONSUMER
        (EXCL VETERANS) [ ] 360 OTHER PERSONAL                                                                                           PROTECTION ACT
[ ] 153 RECOVERY OF           INJURY               [ ] 380 OTHER PERSONAL           LABOR               [ ] 861 HIA (1395ff)
        OVERPAYMENT   [ ] 362 PERSONAL INJURY -            PROPERTY DAMAGE                              [ ] 862 BLACK LUNG (923)
        OF VETERAN'S          MED MALPRACTICE      [ ] 385 PROPERTY DAMAGE          [ ] 710 FAIR LABOR  [ ] 863 DIWC/DIWW (405(g)) [ ] 490 CABLE/SATELLITE TV
        BENEFITS                                           PRODUCT LIABILITY                STANDARDS ACT [ ] 864 SSID TITLE XVI [ ] 850 SECURITIES/
[ ] 160 STOCKHOLDERS                                                                [ ] 720 LABOR/MGMT  [ ] 865 RSI (405(g))              COMMODITIES/
        SUITS                                      PRISONER PETITIONS                       RELATIONS                                     EXCHANGE
[ ] 190 OTHER                                      [ ] 463 ALIEN DETAINEE           [ ] 740 RAILWAY LABOR ACT
        CONTRACT                                   [ ] 510 MOTIONS TO               [ ] 751 FAMILY MEDICAL FEDERAL TAX SUITS     [ ] 890 OTHER STATUTORY
[ ] 195 CONTRACT                                           VACATE SENTENCE          LEAVE ACT (FMLA)                                     ACTIONS
        PRODUCT               ACTIONS UNDER STATUTES       28 USC 2255                                  [ ] 870 TAXES (U.S. Plaintiff or [ ] 891 AGRICULTURAL ACTS
        LIABILITY                                  [ ] 530 HABEAS CORPUS            [ ] 790 OTHER LABOR         Defendant)       [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE     CIVIL RIGHTS                 [ ] 535 DEATH PENALTY                    LITIGATION  [ ] 871 IRS-THIRD PARTY           MATTERS
                                                   [ ] 540 MANDAMUS & OTHER         [ ] 791 EMPL RET INC         26 USC 7609     [ ] 895 FREEDOM OF
                      [ ] 440 OTHER CIVIL RIGHTS                                            SECURITY ACT (ERISA)                         INFORMATION ACT
REAL PROPERTY                 (Non-Prisoner)                                                                                     [ ] 896 ARBITRATION
                      [ ] 441 VOTING                                                                                             [ ] 899 ADMINISTRATIVE
[ ] 210 LAND          [ ] 442 EMPLOYMENT                                            IMMIGRATION                                          PROCEDURE ACT/REVIEW OR
        CONDEMNATION  [ ] 443 HOUSING/              PRISONER CIVIL RIGHTS                                                                APPEAL OF AGENCY DECISION
[ ] 220 FORECLOSURE           ACCOMMODATIONS                                        [ ] 462 NATURALIZATION
[ ] 230 RENT LEASE &  [ ] 445 AMERICANS WITH       [ ] 550 CIVIL RIGHTS                     APPLICATION                          [ ] 950 CONSTITUTIONALITY OF
        EJECTMENT             DISABILITIES -       [ ] 555 PRISON CONDITION         [ ] 465 OTHER IMMIGRATION                            STATE STATUTES
[ ] 240 TORTS TO LAND         EMPLOYMENT           [ ] 560 CIVIL DETAINEE                   ACTIONS
[ ] 245 TORT PRODUCT  [ ] 446 AMERICANS WITH         CONDITIONS OF CONFINEMENT
        LIABILITY             DISABILITIES -OTHER
[ ] 290 ALL OTHER     [ ] 448 EDUCATION
        REAL PROPERTY

*Check if demanded in complaint:*

                                                        DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
[ ] CHECK IF THIS IS A CLASS ACTION                     AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
    UNDER F.R.C.P. 23                                   IF SO, STATE:

DEMAND $ 101,000,000   OTHER _____     JUDGE _____   DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [ ] NO                             NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

| (PLACE AN x IN ONE BOX ONLY) | ORIGIN | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation (Transferred) | ☐ 7 Appeal to District Judge from Magistrate Judge |
| | ☐ a. all parties represented | | | | ☐ 8 Multidistrict Litigation (Direct File) | |
| | ☒ b. At least one party is pro se. | | | | | |

(PLACE AN x IN ONE BOX ONLY)   **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION   ☒ 4 DIVERSITY
(U.S. NOT A PARTY)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [X] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Damian Francis
2260 Olinville Avenue, Apt. B24
Bronx, New York 10467

Bronx County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

Middlesex County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☒ MANHATTAN

DATE 5/10/2022   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 3 Yr. 2021 )
RECEIPT #   *(signature)*   Attorney Bar Code # 5735840

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)