# EXHIBIT 1

**Index of Documents Filed in *Francis v. Johnson & Johnson*, Index No. 4162-2021
Supreme Court of the State of New York, Bronx County**

| Date Filed | Description |
|---|---|
| 8/27/2021 | Summons with Notice [*Ex. 3 to this Notice of Removal*] |