# EXHIBIT 2

Due to Global Pandemic, all essential personnel, including those authorized to accept service, are working remotely.

No one here can accept service, but we will accept service <u>via email</u> at <u>serviceofprocess@its.jnj.com</u>.

Do not assume that service is complete by email unless you receive a message confirming receipt.

**NEW This mailbox is monitored during normal business hours ONLY and anything received outside of Monday through Friday, 9AM to 5PM Eastern, will not be processed and must be resubmitted during normal business hours.

**NEW Further, service will not be accepted when the company is closed on holidays.

You can also serve the appropriate <u>registered agent</u> for the entity being served.

This policy is in effect until further notice.

[Print in black ink to fill in the spaces next to the instructions. Both pages must be completed. This summons cannot be used for divorce actions.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-----------------------------------X
DAMIAN FRANCIS,
[Your name(s)]                Plaintiff(s)
        -against-
JOHNSON & JOHNSON,
[Name(s) of party being sued] Defendant(s)
-----------------------------------X

SUMMONS WITH NOTICE

Index No. 41622021 /

Date Index No. purchased
_____, 20__

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: 8/27/21, 20__
[Date of summons]

_Damian Francis_
[Sign your name(s)]

Damian Francis
[Print your name(s)]

2260 Olinville Avenue apt B24
Bronx N.Y 10467
718-362-7265
[Your address(es) and telephone no.(s)]

Defendant(s) One Johnson & Johnson Plaza New Brunswick, New Jersey 0893
[Address(es) of party being sued]

Notice: The nature of this action is [briefly describe the nature of your case against the defendant(s), such as, breach of contract, negligence]:

I Took The medication Resperidone. Develop gynecomastia, plus weight Gain from taking This medication

The relief sought is [briefly describe the kind of relief you are asking for, such as, money damages of $25,000] $101,000,000

Should defendant(s) fail to appear herein, judgment will be entered by default for the sum of $101,000,000 [amount of money demanded], with interest form the date of _____ [date from which interest on the amount demanded is claimed] and the costs of this action

Venue:

Plaintiff(s) designate Bronx County as the place of trial. The basis of this designation is [check box that applies]:

☒ Plaintiff(s) residence in Bronx County

☐ Defendant(s) residence in Bronx County

☐ Other [See CPLR Article 5]: _____