USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/11/2022_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DAMIAN FRANCIS,**

                **Plaintiff,**

      -against-

**JOHNSON & JOHNSON,**

                **Defendant.**

**22-cv-3812 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendant's letter motion requesting a pre-motion conference in connection with its anticipated motion. ECF No. 4. Plaintiff is hereby **ORDERED** to file a response to Defendant's letter on or before **July 29, 2022.**

    Defendant is hereby **ORDERED** to serve this order on Plaintiff by first class mail and file proof of service by **July 15, 2022**.

**SO ORDERED.**

Dated:    July 11, 2022
             New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**