UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS,

              Plaintiff,

       -against-

JOHNSON & JOHNSON,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/7/2022

22-cv-03812 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the parties' pre-motion conference letters concerning Defendant's anticipated motion to dismiss. ECF Nos. 4,13. Defendant's request for a pre-motion conference is hereby **GRANTED**. The Court will hold a pre-motion conference on **December 20, 2022 at 1:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:   December 7, 2022
           New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**