UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/21/22

FRANCIS,

    **Plaintiff,**

-against-

JOHNSON & JOHNSON,

    **Defendant.**

22-cv-03812 (ALC)

ORDER

**ANDREW L. CARTER, United States District Judge:**

  The Court had originally scheduled a pre-motion conference in the above-captioned matter for December 20, 2022 at 1:00 PM. ECF No. 14. **The pre-motion conference is hereby ADJOURNED until January 5, 2023 at 11:00AM Eastern time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated: December 21, 2022
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**