UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/5/2023
```

**FRANCIS,**

    **Plaintiff,**

  -against-

**JOHNSON & JOHNSON,**

    **Defendant.**

**22-cv-03812 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

As discussed in today's telephonic conference:

- The Defendant's request to file a Motion to Dismiss is **DENIED.**
- Plaintiff is directed to file his amended complaint on or by **February 6, 2023.**
- Plaintiff is directed to serve Defendant through Defendant's counsel via email.
- Defendant is directed to file a letter advising the Court if it still wishes to move to dismiss Plaintiff's amended complaint on or by **February 22, 2023.**

**SO ORDERED.**

Dated: January 5, 2023
    New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**