USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS,

         **Plaintiff,**

       -against-

JOHNSON & JOHNSON,

         **Defendant.**

**22-cv-03812 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of Plaintiff's letter requesting an extension of time to file his amended complaint. ECF No. 17. Plaintiff's request is **GRANTED**. Plaintiff is directed to file his amended complaint on or by March 6, 2023.

    The Plaintiff also requested that the Court issue an order stating the "deficiencies of [his] original complaint." *Id*. The Court will hold a telephonic conference on **February 13, 2023 at 11:00AM Eastern time.** All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    February 6, 2023
            New York, New York

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**