USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/13/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FRANCIS,** | |
| Plaintiff, | |
| -against- | 22-cv-03812 (ALC) |
| **JOHNSON & JOHNSON,** | **ORDER** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Court's Conference:

- The Court **GRANTS** Defendant's request for an extension. *See* ECF No. 18.

In follow-up from the Conference:

- **March 6, 2023**: The Plaintiff is **ORDERED** to file his amended complaint. Plaintiff is directed to serve Defendant through Defendant's counsel via email.
- **March 22, 2023**: The Defendant is **ORDERED** to file a letter advising the Court if it still wishes to move to dismiss Plaintiff's amended complaint.

**SO ORDERED.**

Dated: February 13, 2023
       New York, New York

                                                            *[signature: Andrew L. Carter]*
                                                            _____
                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**