**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/5/2023__

| | |
|---|---|
| **FRANCIS,** | |
| Plaintiff, | 22-cv-03812 (ALC) |
| -against- | |
| **JOHNSON & JOHNSON,** | **ORDER** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Defendant is **ORDERED** to file a letter advising the Court if it still wishes to move to dismiss Plaintiff's amended complaint on or by **May 19, 2023.**

**SO ORDERED.**

Dated:  May 5, 2023
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**