```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/25/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRANCIS,

                Plaintiff,

        -against-

JOHNSON & JOHNSON,

                Defendant.

22-cv-03812 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Defendant's pre-motion conference letter concerning Defendant's anticipated motion to dismiss Plaintiff's amended complaint. ECF No. 26. Defendant's request for a pre-motion conference is hereby **DENIED**. Defendant is hereby **GRANTED** leave to file a motion to dismiss. The parties are directed to adhere to the following briefing schedule:

    **Opening Brief:**    June 19, 2023

    **Opposition:**    July 17, 2023

    **Reply:**    July 31, 2023

    If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **May 31, 2023**. The Clerk of Court is respectfully directed to mail this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated:    May 25, 2023
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**