USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/21/23_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRANCIS,

          **Plaintiff,**

      **-against-**

JOHNSON & JOHNSON,

          **Defendant.**

**22-cv-03812 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

On May 25, 2023, the Court set a briefing schedule for Defendant's motion to dismiss. ECF No. 27. Defendant moved to dismiss Plaintiff's amended complaint on June 16, 2023, ECF No. 28, and Plaintiff's opposition was due July 17, 2023. To date, Plaintiff has yet to file an opposition and he has not moved for an extension. Due to Plaintiff's *pro se* status, the Court will *sua sponte* extend Plaintiff's deadline to file an opposition.

Plaintiff shall file his opposition on or by **September 1, 2023**. Defendant's reply, if any, shall be filed on or by **October 2, 2023**.

The Clerk of Court is respectfully directed to mail this order to the *pro se* Plaintiff and to note this service on the docket.

**SO ORDERED.**

Dated:    **August 21, 2023**
           **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**