USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/10/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FRANCIS,**

              **Plaintiff,**

          -against-

**JOHNSON & JOHNSON,**

              **Defendant.**

**22-cv-03812 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Plaintiff's letter filed on October 6, 2023. ECF No. 33.

Defendant's reply memorandum, if any, is due on or by **October 20, 2023.**

**SO ORDERED.**

Dated:    October 10, 2023
            New York, New York

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**