USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS,<br><br>       Plaintiff,<br><br>   -against-<br><br>JOHNSON & JOHNSON,<br><br>       Defendant. | 22-cv-03812 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendant's pre-motion conference letter related to its anticipated motion to dismiss. ECF No. 38.  Defendant's request for a pre-motion conference is **DENIED.** Defendant is hereby **GRANTED** leave to file the motions.  The Parties are directed to adhere to the following briefing schedule:

  **Opening Brief: April 8, 2024**

  **Opposition: May 6, 2024**

  **Reply: May 13, 2024**

If the Parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before March 18, 2024.

**SO ORDERED.**

Dated: March 11, 2024
    New York, New York

                    */s/ Andrew L. Carter, Jr.*
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**