UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>JOHNSON & JOHNSON,<br><br>　　　　　　　　Defendant. | 22-cv-03812 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendant's pre-motion conference letter related to its anticipated motion to dismiss Plaintiff's Third Amended Complaint. ECF No. 55. Defendant's request for a pre-motion conference is **DENIED.** Defendant is hereby **GRANTED** leave to file the motions. The Parties are directed to adhere to the following briefing schedule:

　　**Opening Brief: May 13, 2025**

　　**Opposition: May 27, 2025**

　　**Reply: June 3, 2025**

If the Parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before April 29, 2025.

**SO ORDERED.**

Dated:　April 22, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**