UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAMIAN FRANCIS,

                Plaintiff,

   -against-                                    22 **CIVIL** 3812 (ALC)

**JUDGMENT**

JOHNSON & JOHNSON,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 24, 2025, Defendant's motion to dismiss is granted with prejudice.

**Dated:** New York, New York

      November 25, 2025

                                               **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                    BY:

                                               **Deputy Clerk**